IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE ABBOTT, | ) | No. C 11-0183 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' MOTION TO |
| v. | ) ) | CHANGE TIME TO FILE A DISPOSITIVE MOTION |
| DOCTOR E. TOOTELL, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Defendants' motion to change time to file a dispositive motion.

Because it appears no party would be prejudiced by an extension, Defendants' motion to change time to file a dispositive motion is GRANTED. Defendants shall file their dispositive motion **on or before August 19, 2011**. Plaintiff shall file his opposition within **thirty (30) days** thereafter. Defendants shall file their reply **fifteen (15) days** from the date Plaintiff's opposition is filed.

This order terminates docket no. 20.

IT IS SO ORDERED.

DATED: 6/30/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Defendants' Motion to Change Time to File a Dispositive Motion
P:\PRO-SE\SJ.LHK\CR.11\Abbott183eot-dm.wpd