IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE ABBOTT, | ) | No. C 11-0183 LHK (PR) |
| Plaintiff, | )<br>)<br>) | ORDER GRANTING<br>PLAINTIFF'S MOTION TO<br>CHANGE TIME TO FILE |
| v. | )<br>) | OPPOSITION TO |
| DOCTOR E. TOOTELL, et al., | )<br>) | DEFENDANTS' MOTION TO<br>DISMISS; DENYING |
| Defendants. | )<br>)<br>) | APPOINTMENT OF COUNSEL |
| | ) | (Docket Nos. 29 & 30) |

Plaintiff, a state prisoner proceeding *pro se,* filed a complaint under 42 U.S.C. § 1983. Before the Court are Plaintiff's motion to change time to file his opposition to Defendants' motion to dismiss, and motion for appointment of counsel.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition no later than **December 19, 2011**. Defendants shall file a reply no later than **fifteen (15) days** thereafter.

Plaintiff's motion for appointment of counsel is DENIED for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services,* 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and Plaintiff has thus far been able to adequately present his claims. This denial is without prejudice to the Court's sua sponte

1 appointment of counsel at a future date should the circumstances of this case warrant such
2 appointment.

3     This order terminates docket nos. 29 and 30.

4     IT IS SO ORDERED.

5 DATED:   9/19/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge