IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ABBOTT,<br><br>        Plaintiff,<br><br>  v.<br><br>DOCTOR E. TOOTELL, et al.,<br><br>        Defendants. | )<br>)  No. C 11-0183 LHK (PR)<br>)<br>)  ORDER DIRECTING NUNC PRO<br>)  TUNC FILING OF PLAINTIFF'S<br>)  MOTION TO CHANGE TIME TO<br>)  FILE AN OPPOSITION TO MOTION<br>)  TO DISMISS; ORDER GRANTING<br>)  MOTION TO CHANGE TIME<br>)<br>) |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983 challenging the conditions of his confinement at San Quentin State Prison. (Docket No. 35.) On April 23, 2012, Defendants filed a motion to dismiss Plaintiff's amended complaint. (Docket No. 42.) Plaintiff's opposition was to be filed by May 23, 2012. On June 15, 2012, Defendants filed a statement of non-opposition to Plaintiff's request for an extension of time to file an opposition to motion to dismiss.[1] (Docket No. 45.) Good cause having been shown, Plaintiff's motion to change time to file an opposition is **GRANTED**. Plaintiff shall file an opposition no later than **September 24, 2012**. Defendants' reply shall be filed within 15 days thereafter.

IT IS SO ORDERED.

DATED: 7/19/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] Plaintiff's motion to change time to file an opposition to motion to dismiss was not received by the Court until June 21, 2012. The Clerk of the Court shall file Plaintiff's motion *nunc pro tunc* on May 9, 2012, the date of service on Defendants' counsel.

Order Directing Nunc Pro Tunc Filing on May 9, 2012, of Plaintiff's Motion to Change Time
to File Opp.; Order Granting Motion to Change Time
G:\PRO-SE\SJ.LHK\CR.11\Abbott183NPTfiling_EOTgrant.wpd