1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| JOE ABBOTT,                                 ) | No. C 11-0183 LHK (PR) |
|                                             ) | |
|           Plaintiff,                        ) | ORDER DENYING MOTION |
|                                             ) | FOR APPOINTMENT OF |
|   v.                                        ) | COUNSEL |
|                                             ) | |
| DR. E. TOOTELL, et al.,                     ) | |
|                                             ) | |
|           Defendants.                       ) | (Docket No. 68) |
| _____) | |

16        Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42

17 U.S.C. § 1983.  Plaintiff has filed a motion for appointment of counsel.  (Doc. No. 68.)

18        Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional

19 circumstances.  *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v.*

20 *Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a

21 civil case).  The issues in this case are not particularly complex, and Plaintiff has thus far been

22 able to adequately present his claims.  This denial is without prejudice to the Court's sua sponte

23 appointment of counsel at a future date should the circumstances of this case warrant such

24 appointment.

25        This order terminates docket number 68.

26        IT IS SO ORDERED.

27 DATED:   12/13/12         _____

28                                                    LUCY H. KOH
                                                     United States District Judge

Order Denying Motion for Appointment of Counsel
G:\PRO-SE\SJ.LHK\CR.11\Abbott183deny-atty.wpd