IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE ABBOTT, | ) | No. C 11-0183 LHK (PR) |
| Plaintiff, | ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) | |
| DR. E. TOOTELL, et al., | ) | |
| Defendants. | ) | (Docket No. 68) |

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for appointment of counsel. (Doc. No. 68.)

    Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and Plaintiff has thus far been able to adequately present his claims. This denial is without prejudice to the Court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

    This order terminates docket number 68.

    IT IS SO ORDERED.

DATED:  12/13/12

LUCY H. KOH
United States District Judge

Order Denying Motion for Appointment of Counsel
G:\PRO-SE\SJ.LHK\CR.11\Abbott183deny-atty.wpd