IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOE ABBOTT,**<br><br>Plaintiff,<br><br>v.<br><br>**E. TOOTELL, et al. ,**<br><br>Defendants. | Case No. C 11-0183 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants have moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including May 13, 2013. After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

Plaintiff shall file his opposition within thirty days of Defendants' filing of their dispositive motion. If Defendants wish to file a reply, they shall do so within fifteen days of the filing of the opposition. Absent further order, the motion will be submitted on the date the reply is filed, without a hearing.

IT IS SO ORDERED.

Dated: 1/13/13

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Judge

SF2011201138; 20662475

1