IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ABBOTT,<br><br>　　　　Plaintiff,<br>　v.<br>DOCTOR E. TOOTELL, et al.,<br>　　　　Defendants. | No. C 11-0183 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS; GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>(Docket No. 117) |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On May 10, 2013, defendants Cullen, Guithrie, Orazco, Thompson, Vanmastrigt and Zeiler filed a motion to dismiss. (Docket No. 103.) On May 13, 2013, defendants Arnold, Grant, Jones, Matan, Semen and Tootell filed a motion for summary judgment. (Docket No. 105.) On July 19, 2013, defendants Asuncion, Dacanay, McGhee and Wong filed a motion to dismiss. (Docket No. 122.)

On June 28, 2013, plaintiff filed a letter (docket no. 116), requesting an extension of time to file oppositions to defendants Cullen, Guithrie, Orazco, Thompson, Vanmastrigt and Zeiler's motion to dismiss (docket no. 103), and defendants Arnold, Grant, Jones, Matan, Semen and Tootell's motion for summary judgment (docket no. 105). In the interest of justice, the court **GRANTS** plaintiff's request. Based on plaintiff's letter, the court also *sua sponte* **GRANTS** an extension of time to file an opposition to defendants Asuncion, Dacanay, McGhee and Wong's

1 motion to dismiss (docket no. 122).  Plaintiff's oppositions to all three dispositive motions shall
2 be due **no later than October 8, 2013**.  Defendants shall file a reply within fourteen days
3 thereafter.
4       Defendants Asuncion, Dacanay, McGhee and Wong have filed a motion for an extension
5 of time to file an answer until fourteen days after their motion to dismiss is decided.  The motion
6 for an extension of time to file an answer is **GRANTED**.  (Docket No. 117.)
7       This order terminates docket number 117.
8       IT IS SO ORDERED.
9 DATED:  8/19/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge