IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE ABBOTT,** | Case No. C 11-0183 LHK (PR) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE REPLIES |
| v. | |
| **E. TOOTELL, et al. ,** | |
| Defendants. | |

Presently before the Court is Defendants' request for an extension of time to file their replies in support of their Motion for Summary Judgment, and Motions to Dismiss. The Court has reviewed the moving papers, and any opposition thereto. Good cause appearing, the motion is GRANTED. Defendants' replies are due December 31, 2013.

IT IS SO ORDERED.

Dated: 9/3/13

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

1

[Prop.] Order Granting Defs.' EOT to File Replies (C 11-0183 LHK (PR))