1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  | JOE ABBOTT,                                          ) No. C 11-0183 LHK (PR)
                                                          )
11  |              Plaintiff,                             ) ORDER GRANTING IN PART
                                                          ) PLAINTIFF'S MOTION FOR
12  |   v.                                                ) EXTENSION OF TIME TO FILE
                                                          ) OPPOSITIONS
13  | DOCTOR E. TOOTELL, et al.,                          )
                                                          )
14  |              Defendants.                            )
                                                          )
15  | _____           )
                                                            (Docket No. 133)
16

17      Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint

18  pursuant to 42 U.S.C. § 1983.  Defendants have filed a motion for summary judgment and two

19  motions to dismiss.  (Docket Nos. 103, 105 and 122.)  Plaintiff's oppositions are due October 8,

20  2013.  Plaintiff has filed a motion requesting additional time to file oppositions to defendants'

21  motions. (Docket No. 133.)

22      Plaintiff's motion is **GRANTED** in part.   Plaintiff shall file an opposition to all three

23  motions **no later than November 8, 2013**.  Further requests for an extension of time will not be

24  favored.

25      This order terminates docket number 133.

26      IT IS SO ORDERED.

27  DATED: ____10/21/13____                      _Lucy H. Koh_____
                                                 LUCY H. KOH
28                                               United States District Judge

Order Granting In Part Plaintiff's EOT to file Opposition motions
G:\PRO-SE\LHK\CR.11\Abbott183eot_opps.wpd