IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ABBOTT,<br><br>    Plaintiff,<br><br> v.<br><br>DOCTOR E. TOOTELL, et al.,<br><br>    Defendants. | No. C 11-0183 LHK (PR)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS<br><br>(Docket No. 133) |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants have filed a motion for summary judgment and two motions to dismiss. (Docket Nos. 103, 105 and 122.) Plaintiff's oppositions are due October 8, 2013. Plaintiff has filed a motion requesting additional time to file oppositions to defendants' motions. (Docket No. 133.)

Plaintiff's motion is **GRANTED** in part. Plaintiff shall file an opposition to all three motions **no later than November 8, 2013**. Further requests for an extension of time will not be favored.

This order terminates docket number 133.

IT IS SO ORDERED.

DATED:  10/21/13

LUCY H. KOH
United States District Judge

Order Granting In Part Plaintiff's EOT to file Opposition motions
G:\PRO-SE\LHK\CR.11\Abbott183eot_opps.wpd