UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOE ABBOTT, | No. 5:11-00183 LHK (NJV) |
| Plaintiff, | ORDER RESCHEDULING STATUS CONFERENCE |
| v. | |
| DOCTOR E. TOOTELL, et al, | |
| Defendants. | |

The telephonic status conference previously set in this case for June 17, 2014, at 1:00 p.m., is HEREBY RESCHEDULED for June 24, 2014, at 1:00 p.m.  The parties shall dial 888-684-8852 and enter access code 1868782.  At the status conference, the parties shall report on the outcome of their meeting regarding settlement. Defense counsel is asked to arrange for the telephonic appearance of Plaintiff.

IT IS SO ORDERED.

Dated:  May 2, 2014

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOE ABBOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. E. TOOTELL, et al.,<br><br>        Defendants. | No. 5:11-00183 LHK (NJV)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on May 3, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Joe Abbott
F-14791
San Quentin State Prison
San Quentin, CA 94974

Litigation Coordinator
San Quentin State Prison
I Main Street
San Quentin, CA  94964

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2