UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOE ABBOTT, | No. 5:11-00183 LHK (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| DOCTOR E. TOOTELL, et al, | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JOE ABBOTT, inmate no. F-14791, presently in custody at San Quentin State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: May 8, 2014

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, San Quentin State Prison

## GREETINGS

WE COMMAND that you have and produce the body of JOE ABBOTT, inmate no. F-14791, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom D, at 1:00 p.m. on June 26, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of ABBOTT v.

1 TOOTELL, et al, and at the termination of said hearing return him forthwith to said hereinabove-
2 mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made
3 concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until
4 the termination of the proceedings for which his testimony is required in this Court;

5 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated:   May 8, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: May 8, 2014



_____
NANDOR J. VADAS
United States Magistrate Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOE ABBOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. E. TOOTELL, et al.,<br><br>        Defendants.<br>_____/ | No. 5:11-00183 LHK (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on May 8, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Joe Abbott
F-14791
San Quentin State Prison
San Quentin, CA 94974

Litigation Coordinator
San Quentin State Prison
I Main Street
San Quentin, CA  94964

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas