UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE ABBOTT,

    Plaintiff,

v.

E. TOOTELL, et al.,

    Defendants.

Case No.  11-cv-00183-LHK   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on June 26, 2014, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Joe Abbott Pro Se

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Jose Zelidon-Zepeda

    ( X )  Other: Julia Gahagan, California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1  ( X ) The parties are unable to reach an agreement at this time.

2  **IT IS SO ORDERED.**

3  Dated: 7/2/14

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE ABBOTT,

    Plaintiff,

v.

E. TOOTELL, et al.,

    Defendants.

Case No.  11-cv-00183-LHK   (NJV)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 7/2/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe  Abbott
San Quentin State Prison
San Quentin, CA 94974

Dated: 7/2/2014

Richard W. Wieking
Clerk, United States District Court

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3