1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11  JOE ABBOTT,                          )   No. C 11-0183 LHK (PR)
                                         )
12             Plaintiff,                )   ORDER GRANTING MOTION TO
                                         )   FILE SECOND AMENDED
13      v.                               )   COMPLAINT; CONTINUING STAY
                                         )
14  DOCTOR E. TOOTELL, et al.,           )
                                         )
15             Defendants.               )   (Docket No. 158)
    _____ )

16          Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint

17  pursuant to 42 U.S.C. § 1983, challenging the conditions of his confinement at San Quentin State

18  Prison.  On February 25, 2014, the court granted in part and denied in part defendants Guithrie,

19  Thompson, Zeiler, Van Mastrigt, Cullen, Orozco, Dacanay, McGehee, Asuncion, and Wong's

20  motion to dismiss.  (Doc. No. 156.)  The court also granted in part and denied in part defendants

21  Dr. Tootell, Dr. Grant, Dr. Jones, Dr. Matan, Lt. Arnold, and Sgt. Seman's motion for summary

22  judgment.  (Doc. No. 157.)  The court referred the entire case to Magistrate Judge Vadas for

23  settlement proceedings and stayed the action.  On July 2, 2014, Magistrate Judge Vadas filed a

24  notification that a settlement conference had been held and the matter did not settle.

25          On March 24, 2014, plaintiff filed a motion to file a second amended complaint.

26  Plaintiff's motion is GRANTED.  The proposed second amended complaint, received on March

27  24, 2014, is deemed filed.  (Doc. No. 159.)

28          On March 26, 2014, defendants Dr. Tootell, Dr. Grant, Dr. Jones, Dr. Matan, Lt. Arnold,

Order Granting Motion to File Second Amended Complaint; Continuing Stay
P:\PRO-SE\LHK\CR.11\Abbott183furtherstay.wpd

1  and Sgt. Seman filed a notice of interlocutory appeal, challenging the court's denial of summary

2  judgment.  Pending the Ninth Circuit Court of Appeals' disposition of that appeal, this matter

3  remains STAYED and ADMINISTRATIVELY CLOSED until further order of the court.

4      IT IS SO ORDERED.

5  DATED: ___8/4/14___                        _____

6                                             LUCY H. KOH
                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28