UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOE ABBOTT, | No. 11-CV-00183 LHK (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| E. TOOTELL, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JOE ABBOT, inmate no. F-14791, presently in custody at San Quentin State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: August 22, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, San Quentin State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of JOE ABBOT, inmate no. F-14791, in your custody in the hereinabove-mentioned institution, before the United States District Court at Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco, at 9:00 a.m. on September 21, 2017, in order that said prisoner may then and there participate in the SETTLEMENT

CONFERENCE in the matter of Abbott v. Tootell, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 22, 2017

SUSAN Y. SONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter

Administrative Law Clerk

Dated: August 22, 2017

_____
NANDOR J. VADAS
United S...

